IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | BANKRUPTCY 21-00066 ESL |
| LIZETTE ALEJANDRO PEÑA<br>SSN: xxx-xx-8838<br>Debtor | CHAPTER 7 |

WITHDRAWING COUNSEL MOTION FOR LEAVE TO AMEND RULE 2016 STATEMENT & REQUEST EXTENSION OF TIME TO FURTHER ADDRESS doc #28

TO THE HONORABLE COURT:

COMES NOW withdrawing counsel who respectfully moves this Honorable Court for leave to amend her Rule 2016 Statement and for allowance of 21 days to further address docket #28, as follows:

1. At docket #28 the standing chapter 7 trustee, Ms. Noreen Wiscovitch has moved the Court for the disgorgement of the undersigned's attorney fees & to "retain jurisdiction" [?] dated March 15, 2021.
2. Withdrawing counsel requests additional time to address the unreasonable and unsupported conclusions raised by the trustee, but today we nevertheless, seek leave to file an amended Rule 2016 Statement prior to addressing the allegations by this trustee.
3. This attorney was paid her fee in full prior to filing of the bankruptcy case.
4. The Rule 2016 filed with the voluntary petition was filed in error. The undersigned did not realize the inadvertent error until Ms. Wiscovitch raised her issues.
5. The Rule 2016 form used in this case was filed inadvertently and the information contained therein was also in error. The form erroneously used and filed with the case is the form the software automatically provides, unless the alternate form is substituted and applied in the processing and preparation of the case, substitution which was inadvertently not made in this case.
6. In this case, the debtor retained us at a $2,000 deposit and at $275 per hour and she paid us this amount prior to the filing of her case. The $50 required by Local Rule as a deposit to qualify for the right to pay the filing fee in installments was reduced from the $2,000 received by the undersigned.

1

7. As Ms. Wiscovitch correctly informs, in the Statement of Financial Affairs, the amount received was correctly included, at $1,950 [$2,000 less the $50 paid to the Court for payment of the filing fee in installments].

8. Additionally, in Schedule A/B the fact of prior payment of fees is also referenced in relation to the balance in the debtor's bank account on the filing date of January 17, 2021 was disclosed as the net balance after checks in transit.[1] One of these checks in transit was #131 which was paid to counsel on January 14, 2021 in the amount of $1,000, in addition to two ATHMovil transfers of $500 each on January 11 and 15, 2021, for a total paid in attorney fees of $2,000. Evidence of such payment and transactions as reflected in counsel's business account with BPPR is attached as **Exhibit #1.**

9. The undersigned hesitates to provide a Sworn Statement from the debtor since she is now represented by substitute counsel.

10. Leave is sought to amend the Rule 2015 with the evidence of the full $2,000 paid prior to the filing of the voluntary chapter 7 case.

WHEREFORE withdrawing counsel respectfully prays for leave to file the amended Rule 2015 Statement on this same date and respectfully requests allowance of 21 days to further address the motion at doc #28 filed by the trustee, or on or before **April 19, 2021**.

NOTICE

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

---

[1] Item #19 of Schedule A/B reads as follows in relation to BPPR account Checking Acct #2671: "BPPR Direct deposit Salary. Checks in transit #128 & #129 & other transactions in transit at petition date have been reduced to reach true balance as of petition date."

I HEREBY CERTIFY, that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the Chapter 7 Trustee and to all subscribed users.

RESPECTFULLY SUBMITTED,

In Caguas, Puerto Rico, this 29th day of March, 2021.

/s/ *L.A. Morales*
LYSSETTE A. MORALES VIDAL
USDC PR #120011

L. A. MORALES & ASSOCIATES P.S.C.
URB VILLA BLANCA
76 AQUAMARINA
CAGUAS, PUERTO RICO 00725-1908
TEL 787-746-2434 FAX 1-855-298-2515
Email lamoraleslawoffice@gmail.com

Exhibit #1

Hi Lissette!   Last sign-on: 03/16/2021 09:18 PM

Mi Banco Comercial
## Account Statements

### Flexicuenta de Negocios

**View Account:**

**Account Number:** x7141

Account Summary | **See Transactions** | Graphs | My Account Services

See transactions   [ Categorized ]

[ Classic View ]

**View Transactions**: JAN 2021     **Filter by Category**: See All     **Filter by Tag**: None     DOWNLOAD   PRINT

Results ( 53 Transactions )

| DATE | DESCRIPTION | | CATEGORY | AMOUNT |
|---|---|---|---|---|
| Jan 29 2021 | DEPOSITO | ○ | Honorarios | $5,000.00 |
| Jan 29 2021 | DEPOSITO | ○ | Honorarios | $1,400.00 |
| Jan 29 2021 | 🖼 DEPOSITO | ○ | Gastos Pagado x C | $37.00 |
| Jan 29 2021 | AMEX EPAYMENT ACH PMT | ○ | Gastos Oficina | -$1,121.73 |
| Jan 28 2021 | Jose R Carrion Ch12 01-21 | ○ | Honorarios | $572.18 |
| Jan 27 2021 | NACA on Jan 26 2021 | ○ | Gastos Oficina | -$90.00 |
| Jan 26 2021 | NACBA on Jan 25 2021 | ○ | Gastos Oficina | -$49.00 |
| Jan 26 2021 | DEPT DE HACIENDA PR IVU SUT | ○ | Gastos Oficina | -$285.79 |
| Jan 25 2021 | ATH MOVIL 5379 | ○ | Gastos Pagado x C | $74.00 |
| Jan 25 2021 | COURTS/USBC-PR-I on Jan 22 2021 | ○ | Gastos Oficina | -$50.00 |
| Jan 22 2021 | ATH MOVIL 7327 | ○ | Gastos Pagado x C | $40.00 |
| Jan 22 2021 | TELEPAGO FIRSTBANK PRES PERSONALES | ○ | Gastos Oficina | -$134.11 |

Show: 50    1 - 50 of 53

| DATE | DESCRIPTION | | CATEGORY | AMOUNT |
|---|---|---|---|---|
| Jan 22 2021 | WEB AEE WEB PAGE WEB PMTS | ○ | Office Supplies | -$255.49 |
| Jan 21 2021 | TO GO STORES CAGUAS 19 on Jan 20 2021 | ○ | Carro Gasto Oficina | -$15.00 |
| Jan 20 2021 | ATT Payment | ○ | Utilities Office | -$196.23 |
| Jan 19 2021 | ATH MOVIL 6406 on Jan 15 2021 | ○ | Honorarios | $500.00 |
| Jan 19 2021 | COURTS/USBC-PR-I on Jan 15 2021 | ○ | Gastos Oficina | -$50.00 |
| Jan 19 2021 | COLECTURIA DIGITAL on Jan 15 2021 | ○ | Gastos Oficina | -$10.00 |
| Jan 19 2021 | COLECTURIA DIGITAL on Jan 15 2021 | ○ | Gastos Oficina | -$10.00 |
| Jan 19 2021 | IPHONE CITIZ*PMT 16 OF on Jan 15 2021 | ○ | Gastos Oficina | -$41.58 |
| Jan 19 2021 | COURTS/USBC-PR-I on Jan 17 2021 | ○ | Gastos Oficina | -$50.00 |
| Jan 19 2021 | TELEPAGO TRANSFERENCIA A CUENTA AHORROS | ○ | Payroll | -$500.00 |
| Jan 19 2021 | TELEPAGO FIRST LEASING | ○ | Gastos Oficina | -$413.00 |
| Jan 15 2021 | DEPOSITO CHEQUE MOVIL | ○ | Honorarios | $1,000.00 |
| Jan 15 2021 | ATH MOVIL 3105 on Jan 14 2021 | ○ | Gastos pagado x C | -$25.00 |
| Jan 15 2021 | PUERTORICOE.COM on Jan 14 2021 | ○ | Gastos Oficina | -$11.15 |
| Jan 14 2021 | ATH MOVIL 6986 | ○ | Gastos pagado x C | -$60.00 |
| Jan 12 2021 | ATH MOVIL 6406 on Jan 11 2021 | ○ | Honorarios | $500.00 |
| Jan 12 2021 | Jose R Carrion Net ch12 # | ○ | Honorarios | $2,343.83 |
| Jan 12 2021 | JOSE R CARRION C PR DEPOSIT | ○ | Honorarios | $135.75 |
| Jan 12 2021 | AT&T U023 9517 on Jan 11 2021 | ○ | Gastos Oficina | -$39.03 |
| Jan 12 2021 | COMM SVC FEE DEC 20 | ○ | Gastos Oficina | -$10.00 |
| Jan 11 2021 | ATH MOVIL 9067 on Jan 8 2021 | ○ | Honorarios | $300.00 |
| Jan 11 2021 | ATH MOVIL 6406 on Jan 8 2021 | ○ | Gastos Pagado x C | $170.00 |
| Jan 11 2021 | ATH MOVIL 6406 on Jan 8 2021 | ○ | Gastos Pagado x C | $37.00 |
| Jan 11 2021 | COLECTURIA DIGITAL on Jan 8 2021 | ○ | Gastos pagado x C | -$10.00 |
| Jan 11 2021 | TO GO STORES CAGUAS 19 on Jan 10 2021 | ○ | Carro Gasto Oficina | -$15.00 |
| Jan 8 2021 | ATH MOVIL 6459 | ○ | Gastos Pagado x C | $400.00 |
| Jan 8 2021 | BODYJAMNOWCOM on Jan 6 2021 | ○ | Other | -$107.23 |

Show: 50  1 - 50 of 53

| DATE | DESCRIPTION | | CATEGORY | AMOUNT |
|---|---|---|---|---|
| Jan 8 2021 | TO GO STORES CAGUAS 19 on Jan 7 2021 | ○ | Carro Gasto Oficina | -$15.00 |
| Jan 6 2021 | DEPOSITO CHEQUE MOVIL | ○ | Gastos Oficina | $16.20 |
| Jan 6 2021 | COURTS/USBC-PR-I on Jan 5 2021 | ○ | Gastos Oficina | -$96.00 |
| Jan 6 2021 | THE KINGDOM MINISTRIES on Jan 5 2021 | ○ | Gastos Oficina | -$30.00 |
| Jan 5 2021 | ATH MOVIL 6761 on Jan 4 2021 | ○ | Honorarios | $200.00 |
| Jan 5 2021 | LIBERTY CABLEVIS CABLE PAY | ○ | Gastos Oficina | -$67.40 |
| Jan 5 2021 | UNIVERSAL FINANC DEBITOS | ○ | Gastos Oficina | -$83.06 |
| Jan 4 2021 | ATH MOVIL 6761 on Jan 1 2021 | ○ | Honorarios | $500.00 |
| Jan 4 2021 | ATH MOVIL 6761 on Dec 31 2020 | ○ | Honorarios | $400.00 |
| Jan 4 2021 | ATH MOVIL 6761 on Jan 3 2021 | ○ | Honorarios | $400.00 |
| Jan 4 2021 | ATH MOVIL 0238 | ○ | Gastos Pagado x C | $37.00 |

Show: 50   1 - 50 of 53

Help tips on

© 2021 Popular Inc.   Security | Privacy | Terms & Conditions