B2030 (Form 2030) (12/15)

**United States Bankruptcy Court**
**District of Puerto Rico**

| | | |
|---|---|---|
| In re | *Lizette Alejandro Pena* | Case No.   *21-00066 ESL* |
| | Debtor(s) | Chapter   7 |

## AMENDED
## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **NO LOOK FEE**

For legal services, I have agreed to accept ................................. $ _____

Prior to the filing of this statement I have received .................... $ _____

Balance Due ............................................................. $ _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of.......................................................................... $    *1,950.00*

The undersigned shall bill against the retainer at an hourly rate of ........................................................................... $    *275.00*

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. $ *50.00* of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ☒ Debtor    ☐ Other (specify):

5. ☒   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

In re  **Lizette Alejandro Pena**                                                    Case No.  **21-00066 ESL**
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. [Other provisions as needed]

> **Time will be charged off @ $275 per hour. No contested matters are foreseen at this time, but if §341 meetings are unreasonably continued by Trustees, or informal or formal discovery &/or contested matters outside the scope of a basic chapter 7 case additional fees will be charged.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

> **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**March 29, 2021**                                         /s/ Lyssette A. Morales
*Date*                                                     **Lyssette A. Morales**
                                                           *Signature of Attorney*
                                                           **L A Morales & Associates P.S.C.**
                                                           **Urb Villa Blanca**
                                                           **76 Aquamarina**
                                                           **Caguas, PR 00725-1908**
                                                           **787-746-2434   Fax: 855-298-2515**
                                                           **lamoraleslawoffice@gmail.com**
                                                           *Name of law firm*