# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

LIZETTE ALEJANDRO PENA

Case No.21-00066-ESL

Chapter 7

Debtor(s)

## AMENDMENT TO SCHEDULES

DEBTOR, by and through the undersigned attorney herein respectfully moves this

Honorable to AMEND SCHEDULES and is support thereof respectfully STATES, ALLEGES,

and PRAYS as follows:

1. **SCHEDULE A/B: TO ADD INFORMATION IN LINE 1.2, 3.1, 16, 17 AND 32.**

2. **SCHEDULE C: TO CORRECT EXEMPTIONS.**

3. **SCHEDULE I: TO CORRECT INFORMATION IN LINE 5a, 5g, 5h and 8h.**

4. **SCHEDULE J: TO CORRECT INFORMATION IN LINE 4, 4c, 6d, 7, 9, 10, 11, 14, 17c, 17d AND 14.**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification, upon information and belief, of such filing to the following: CHAPTER 13 TRUSTEE AND THE UNITED STATES TRUSTEE and to all CM/ECF participants.

**RESPECTFULLY SUBMITTED**.
In San Juan, Puerto Rico this 22nd  day of July 2021.

**The Batista Law Group, PSC**
Jesus E. Batista Sanchez, Esq.
Attorney for Debtors
PO BOX 191059
SAN JUAN, P.R. 00919
Telephone: (787) 620.2856
Facsimile: (787) 777.1589
E-mail: jeb@batistasanchez.com
**/s/ Jesus E. Batista Sánchez, Esq.**
USDC-PR No. 227014

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **LIZETTE ALEJANDRO PENA** |
| | First Name          Middle Name          Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | **21-00066** |

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ LIZETTE ALEJANDRO PEÑA** | X _____ |
|---|---|
| **LIZETTE ALEJANDRO PENA** | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date  **July 22, 2021** | Date _____ |

| **Fill in this information to identify your case and this filing:** | | | |
|---|---|---|---|
| Debtor 1 | **LIZETTE ALEJANDRO PENA** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | | |
| Case number | **21-00066** | | |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**PASEO DE LA CEIBA D3 CALLE ARCE**
Street address, if available, or other description

**JUNCOS          PR     00777-0000**
City              State   ZIP Code

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**RESD. PROP ON 540 S/M LOT PASEO DE LA CEIBA JUNCOS PR 3B/2.5B RECORDER @PAGE 89 VOL 405 LOT 15,176 CAGUAS. USED PURCHASE PRICE AS VALUE, ALTHOUGH MORE RECENT SALES ARE LOWER. HOMESTEAD CLAIMED UNDER LAW 95 UPON PURCHSE.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$135,000.00** | **$135,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property** (see instructions)

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Debtor 1    **ALEJANDRO PENA, LIZETTE**                    Case number *(if known)*    **21-00066**

**If you own or have more than one, list here:**

1.2

**URB LOS LIRIOS**
**A10 BARRIO LOS LIRIOS**
Street address, if available, or other description

| | |
|---|---|
| Juncos | PR  00777 |
| City | State  ZIP Code |

**JUNCOS**
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**RESIDENTIAL PROPERTY RENTED ON 312 S/M LOT W/ 3B/1B JUNCOS PR RECORDED @ PAGE 65 VOL 288 JUNCOS LOT 10,915 CAGUAS. NET EQUITY WILL BE VIRTUALLY CONSUMED W/ TRUSTEE COMISSION, CLOSING COSTS & FEES, REALTOR %, ETC. AS PER LV ANALYSIS ATTACHED HEREIN.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$70,500.00** | **$70,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>    | **$205,500.00** |

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

3.1  Make:    **Dodge**
Model:    **Durango 2WD**
Year:    **2011**
Approximate mileage:    **100000**
Other information:

**POSESSORY INTEREST ONLY. VEHICLE OWNED BY THIRD PARTY.**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☑ No
- ☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>    | **$0.00** |

---

**Part 3:    Describe Your Personal and  Household Items**

Software Copyright (c) 2021 CINGroup - www.cincompass.com

| Debtor 1 | **ALEJANDRO PENA, LIZETTE** | Case number *(if known)* | **21-00066** |
|---|---|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
 *Examples:* Major appliances, furniture, linens, china, kitchenware
 ☐ No
 ■ Yes.  Describe.....

| LIVING ROOM SET, DINING ROOM SET, STOVE, WASHER, DRYER, MICROWAVE, FRIDGE, KITCHEN UTENSILS,  PAND & POTS, ETC | $4,000.00 |
|---|---|

**7. Electronics**
 *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
 ☐ No
 ■ Yes.  Describe.....

| 3 TV, SMARTPHONE, PC & PRINTER, TABLET | $2,000.00 |
|---|---|

**8. Collectibles of value**
 *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
 ■ No
 ☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
 *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
 ■ No
 ☐ Yes.  Describe.....

**10. Firearms**
 *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
 ■ No
 ☐ Yes.  Describe.....

**11.  Clothes**
 *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
 ☐ No
 ■ Yes.  Describe.....

| CLOTHING | $2,500.00 |
|---|---|

**12. Jewelry**
 *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
 ☐ No
 ■ Yes.  Describe.....

| GOLD EARRINGS & CHAIN, WATCH, BRACELET | $1,000.00 |
|---|---|

**13. Non-farm animals**
 *Examples:* Dogs, cats, birds, horses
 ■ No
 ☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
 ■ No
 ☐ Yes.  Give specific information.....

| 15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................. | $9,500.00 |
|---|---|

| Debtor 1 | **ALEJANDRO PENA, LIZETTE** | Case number (*if known*) | **21-00066** |

---

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16. Cash**
  *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
  ☐ No
  ■ Yes.................................................................................................

|  | CASH ON HAND | $75.00 |

---

**17. Deposits of money**
  *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
  ☐ No
  ■ Yes.......................

Institution name:

| 17.1. | **Checking Account** | **JOIN CHECKING ACCT #1419 BANCO ORIENTAL JOINT ACCT W/ HECTOR LOZADA** | $508.00 |
| 17.2. | **Checking Account** | **CHECKING ACCT #5072 COOP A/C LAS PIEDRAS**<br>**FUNDS ARE FROM DAUGHTER'S SOCIAL SECURITY BENEFITS** | $4,350.90 |
| 17.3. | **Checking Account** | **BANCO POPULAR PUERTO RICO CHECKING ACCT #2671**<br>**DIRECT DEPOSIT SALARY. CHECKS IN TRANSIT #128 & #129 & OTHER TRANSACTIONS IN TRANSIT AT PETITION DATE HAVE BEEN REDUCED TO REACH TRUE BALANCE AS OF PETITION DATE** | $1,084.57 |
| 17.4. | **Savings Account** | **SAVINGS ACCT #4953 CFSE COOP**<br>**FROM SAVINGS DEBITED FROM SALARY @ $170 MONTHLY** | $1,050.68 |
| 17.5. | **Other Financial Account** | **AEELA**<br>**CREDIT UNION DIVIDENDS & DEPOSITS** | $16,011.66 |

---

**18. Bonds, mutual funds, or publicly traded stocks**
  *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
  ■ No
  ☐ Yes..................          Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
  ■ No
  ☐ Yes.  Give specific information about them....................
          Name of entity:                              % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
  *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
  *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
  ■ No
  ☐ Yes. Give specific information about them
          Issuer name:

---

| Debtor 1   **ALEJANDRO PENA, LIZETTE** | Case number *(if known)*   **21-00066** |
|---|---|

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **Pension Plan** | RETIREMENT AMOUNT ACCRUED DURING 19 YEARS OF SERVICE | $29,686.00 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ...................                    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............      Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| **2020 ESTIMATED I/T REFUND IF ANY REFUND IS REC'D FOR 2020, PORTION NOT EXEMPT WILL BE TURNED OVER TO TRUSTEE UPON REQUEST** | **State** | $366.00 |
|---|---|---|

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

Software Copyright (c) 2021 CINGroup - www.cincompass.com

| Debtor 1 | **ALEJANDRO PENA, LIZETTE** | Case number *(if known)* | 21-00066 |

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
☒ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **AEELA UNMATURED LIFE INSURANCE POLICY $15,000- NO SURRENDER VALUE BENEFICIARY/CHILDREN** | **CHILDREN** | **$0.00** |

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☐ No
☒ Yes.  Give specific information..

| | |
|---|---|
| **1/3 OF 1/2 UNDIVIDED HEREDITARY INTEREST IN RESIDENTIAL PROP ON 609 S/M LOT W/ 3B/2.5B SHARED WITH WIDOWER VALUED @ APPROX 130,000 LESS MORTGAGE OF 74,412. NO DH FOR ESTATE OF M. PENA. UNDER 2020 CIVIL CODE WIDOWER HAS RIGHT TO REMAIN IN POSSESSION OF PROPERTY UNTIL HIS DEATH. PARTITION & LIQUIDATION COST & EXPENSES & $363 PROCEEDING WILL LIKELY EXCEED ANY BENEFIT TO ESTATE. NOT POE UNDER PROBATE EXCEPTION.** | **$4,250.00** |

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☒ No
☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**
☒ No
☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................................................................................**   | **$57,382.81**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37.  Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

Debtor 1   **ALEJANDRO PENA, LIZETTE**                                            Case number *(if known)*   **21-00066**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................   | **$0.00** |

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ............................................................................................   **$205,500.00**

56. **Part 2: Total vehicles, line 5**                                                          **$0.00**
57. **Part 3: Total personal and household items, line 15**                                    **$9,500.00**
58. **Part 4: Total financial assets, line 36**                                                **$57,382.81**
59. **Part 5: Total business-related property, line 45**                                       **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**                              **$0.00**
61. **Part 7: Total other property not listed, line 54**                      +               **$0.00**

62. **Total personal property.** Add lines 56 through 61...         **$66,882.81**    Copy personal property total         **$66,882.81**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62                          **$272,382.81**

# INVOICE

FROM:

Jose J. Pacheco Carrasquillo

José J. Pacheco Carrasquillo - EPA720-RC34

Corrientes Dev.

CO-31 Rio Grande St

Trujillo Alto, PR 00976

Telephone Number:  (787) 616-8188        Fax Number:

| INVOICE NUMBER | |
|---|---|
| 21194 | |
| **DATES** | |
| Invoice Date: | 05/04/2021 |
| Due Date: | |
| **REFERENCE** | |
| Internal Order #: | 21194 |
| Lender Case #: | |
| Client File #: | |
| FHA/VA Case #: | |
| Main File # on form: | 21194 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

TO:

Universal Properties

Lizette Alejandro Pena

A-10 1 St Lirios

Juncos, PR

E-Mail:

Telephone Number:                Fax Number:

Alternate Number:

## DESCRIPTION

| | | | |
|---|---|---|---|
| Lender: | Lizette Alejandro Pena | Client: | Lizette Alejandro Pena |
| Purchaser/Borrower: | Lizette  Alejandro Pena | | |
| Property Address: | A-10, 1 St, Los Lirios Dev. | | |
| City: | Juncos | | |
| County: | Juncos | State: PR | Zip: 00777 |
| Legal Description: | | | |

| FEES | AMOUNT |
|---|---|
| Appraiser Report  URAR-1004-UAD | 250.00 |
| **SUBTOTAL** | 250.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:       Date:       Description: | |
| Check #:       Date:       Description: | |
| Check #:       Date:       Description: | |
| **SUBTOTAL** | 0 |
| **TOTAL DUE** | $   250.00 |

# APPRAISAL OF REAL PROPERTY



### LOCATED AT
A-10, 1 St, Los Lirios Dev.
Juncos, PR 00777

### FOR
Lizette Alejandro Pena
A-10 1 St Lirios
Juncos, PR

### AS OF
05/04/2021

### BY
José J. Pacheco-Carrasquillo, EPA720, RC34
Jose J Pacheco-Carrasquillo-EPA720-RC34
Corrientes Dev., CO-31 Rio Grande St
Trujillo Alto, PR 00976
(787) 616-8188
jjpacheco720@gmail.com

| Borrower | Lizette  Alejandro Pena | | | | File No.  21194 | |
| Property Address | A-10, 1 St, Los Lirios Dev. | | | | | |
| City | Juncos | County | Juncos | State  PR | Zip Code  00777 | |
| Lender/Client | Lizette Alejandro Pena | | | | | |

## TABLE OF CONTENTS

Cover Page ............................................................................................................................................................ 1
Letter of Transmittal ............................................................................................................................................. 2
FIRREA/USPAP Addendum ................................................................................................................................... 3
Quick Home Appraisal - Value Estimate ............................................................................................................... 4
Subject Photos ...................................................................................................................................................... 5
Interior Photos ....................................................................................................................................................... 6
Building Sketch ...................................................................................................................................................... 7
Comparable Photos 1-3 ......................................................................................................................................... 8
Location Map .......................................................................................................................................................... 9
Location Map .......................................................................................................................................................... 10

Jose J Pacheco-Carrasquillo-EPA720-RC34
Corrientes Dev., CO-31 Rio Grande St
Trujillo Alto, PR 00976
(787) 616-8188

05/13/2021

Lizette Alejandro Pena
A-10 1 St Lirios
Juncos, PR

Re: Property:   A-10, 1 St, Los Lirios Dev.
                 Juncos, PR 00777
   Borrower:   Lizette Alejandro Pena
   File No.:   21194

Opinion of Value: **$ 70,500.00**
Effective Date:   05/04/2021

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

José J. Pacheco-Carrasquillo, EPA720, RC34
License or Certification #: RC34
State: PR   Expires: 06/30/2023
jjpacheco720@gmail.com

## FIRREA / USPAP ADDENDUM

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Lizette Alejandro Pena | | | File No. | 21194 |
| Property Address | A-10, 1 St, Los Lirios Dev. | | | | |
| City | Juncos | County | Juncos | State PR | Zip Code 00777 |
| Lender/Client | Lizette Alejandro Pena | | | | |

### Purpose

The purpose of this appraisal report is to estimate the Market Value of the Fee Simple Estate of a single family residential property as of the effective date of this Appraisal Report.

### Scope of Work

The scope of the appraisal includes the following:The appraiser secured from the owners pertinent documents regarding the subject property such as:legal deed, property tax documents and any other documents necessary for the appraisal report.Collection of data pertaining to the physical and legal aspects of the property being appraised.This includes,subject photos,visual interior and exterior inspection,measurements of subject property and permanent improvements.Evaluation of subject neighborhood. Amenities include availability of government services (Electric Power,Water, Telephone, Garbage Collection etc.) and adequate access to Hospitals,Schools,Employment Centers,Supermarkets,Pharmacies and other supporting facilities.The neighborhood also was studied with regards to economic and social composition,noise,environmental hazards and whether subject site could be in a flood hazard area.The development of the Cost Approach, Direct Sales Approach and the income approach is not considered to be meaningful. Based on the analysis performed of subject property and it's market area, the appraiser arrived at a final opinion of value for the subject property in Fee Simple Estate.

### Intended Use / Intended User

Intended Use:      The intended user of this appraisal report is Client.

Intended User(s):   The intended user of this appraisal report is

### History of Property

Current listing information:     No current agreement of sales, listing or option was reported for the subject property over the past three years.

Prior sale:    None

### Exposure Time / Marketing Time

Exposure time was estimated at approximately 90 days.
Marketing time was estimated over six months.

### Personal (non-realty) Transfers

None

### Additional Comments

INCOME APPROACH:

The subject property is located in an area of primarily owner-occupied single family residences and the income approach is not considered to be meaningful. For this reason, the income was not used.

TYPE OF APPRAISAL AND APPRAISAL REPORT
This appraisal report has been prepared in compliance with the Uniform Standards of Professional Appraisal Practice, it is a Summary Appraisal Report as described in USPA 2020-2021 edition.

CONDITIONS OF APPRAISAL
All the information concerning site size, the owner name and the legal description were provided to us by the client and we consider the same to be truthfullly and correct eventhough we do not warrant at the same time. Please read this report carefully, and in the case of any doubt or missing information in this appraisal report, please let us know immediately so any necessary corrections can be made.

### Certification Supplament

1. This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or an approval of a loan.

2. My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.

| | | |
|---|---|---|
| Appraiser:   José J. Pacheco-Carrasquillo, EPA720, RC34 | Supervisory Appraiser: | |
| Signed Date:   05/13/2021 | Signed Date: | |
| Certification or License #:   RC34 | Certification or License #: | |
| Certification or License State:   PR   Expires:   06/30/2023 | Certification or License State:   Expires: | |
| Effective Date of Appraisal:   05/04/2021 | Inspection of Subject:   ☐ Did Not   ☐ Exterior Only   ☐ Interior and Exterior | |

**QUICK HOME APPRAISAL**

## APPRAISAL VALUE ESTIMATE

File No.: 21194

Property Address: A-10, 1 St, Los Lirios Dev.  City: Juncos  State: PR  Zip Code: 00777

County: Juncos  Assessor's Parcel #: 227-071-352-10-000

Property Type: ☒ Single Family  ☐ Condominium  ☐ Other (describe)  18.225833, -65.93129441

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | A-10 1 St Los Lirios Dev | O-223 San Felipe St Lirios Cala | | J-142 San Martin St Lirios Cala | | D-25 3 St, Diamari | |
| | Juncos, PR 00777 | Juncos, PR 00777 | | Juncos, PR 00777 | | Juncos, PR 00777 | |
| Proximity to Subject | | 0.73 miles S | | 0.63 miles SW | | 0.13 miles NW | |
| Sale Price | $ | $ | 87,150 | $ | 80,000 | $ | 95,000 |
| Sale Price/GLA | $ /sq.ft. | $ 94.11 /sq.ft. | | $ 88.11 /sq.ft. | | $ 114.73 /sq.ft. | |
| Data Source(s) | | PRCSDS #255171 | | PRCSDS #255237 | | Tasamax -126146 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | FHA;0 | | FHA;0 | | FHA;5000 | -5000 |
| Date of Sale/Time | | 12/22/2020 | | 12/11/2020 | | 06/19/2020 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Site | 312 sqm | 325 sqm | -1000 | 347 sqm | -3000 | 338 sqm | -2000 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Floor Level | 1 floor | 1 floor | | 1 floor | | 1 floor | |
| Quality of Construction | Average Q4 | Q4 | | Q4 | | Q4 | |
| Age | 21 | 21 | | 21 | | 35 | 0 |
| Condition | Average C4 | C4 | | C4 | | C3 | -12000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 6  3  1 | 6  3  2 | | 6  2  2 | | 6  3  1 | |
| Gross Living Area | 855 sq.ft. | 926 sq.ft. | -3500 | 908 sq.ft. | -2500 | 828 sq.ft. | 1500 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | None | None | | None | | None | |
| Heating/Cooling | None | WH/Split | | WH/Wall | | WH/Wall | |
| Garage/Carport | 1cp1dw | 2ga1dw | -2000 | 2ga1dw | -2000 | 1cp1dw | |
| Porch/Patio/Deck | Porch,Pa,IG | Porch,Pa,IG | | Pa,IG | | Pa,IG | |
| Other | Laundry | Terrace,HBath | -10000 | Laundry | | Laundry | |
| Other | Fences | Fences | | Fences | | Fences | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -16,500 | ☐ + ☒ - $ | -7,500 | ☐ + ☒ - $ | -17,500 |
| Adjusted Sale Price of Comparables | | $ | 70,650 | $ | 72,500 | $ | 77,500 |

This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Estimated Range of Value by Sales Comparison Approach $  **70,500.00**

Reconciliation / Comments  Sales analysis demonstrates a range of value from $70,650 TO $77,500 with a most probable market value of $70,650 rounded to $70,500. All comparable sales are from the subject development. The gross living area was adjusted at $50 per S/F at depreciated value. The site was adjusted at $85 S/M. Personal property is not included in the final estimated value. Comparable sale #1 is over six months, but less than one year old. Other improvements were adjusted at their contributory value. The sales included are the best indicators of value for the subject property, the bracketing method was possible in this assignment.

APPRAISER

Appraiser Name: José J. Pacheco-Carrasquillo, EPA720, RC34
Company: Jose J Pacheco-Carrasquillo-EPA720-RC34
Phone: (787) 616-8188  Fax:
E-Mail: jjpacheco720@gmail.com
Date of Report (Signature): 05/13/2021
License or Certification #: RC34  State: PR
Designation:
Expiration Date of License or Certification: 06/30/2023
Inspection of Subject: ☐ Interior & Exterior  ☒ Exterior Only  ☐ None
Date of Inspection: 05/03/2021

SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)

Supervisory or Co-Appraiser Name:
Company:
Phone:  Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:  State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection:

Quick Home Appraisals, LLC.

Form EEPRTD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

07/2018

Subject Photo Page

| Borrower | Lizette  Alejandro Pena | | | | | |
|---|---|---|---|---|---|---|
| Property Address | A-10, 1 St, Los Lirios Dev. | | | | | |
| City | Juncos | County | Juncos | State | PR | Zip Code | 00777 |
| Lender/Client | Lizette Alejandro Pena | | | | | |



### Subject Front

| | |
|---|---|
| A-10 1 St Los Lirios Dev | |
| Sales Price | |
| Gross Living Area | 855 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 312 sqm |
| Quality | Average Q4 |
| Age | 21 |



Subject Rear



Subject Street

Interior Photos

| Borrower | Lizette  Alejandro Pena | | | | | |
|---|---|---|---|---|---|---|
| Property Address | A-10, 1 St, Los Lirios Dev. | | | | | |
| City | Juncos | County | Juncos | State | PR | Zip Code 00777 |
| Lender/Client | Lizette Alejandro Pena | | | | | |



1 Bedroom



2 Bedroom



3 Bedroom



Kitchen



Living



Dining



1 Bath



Carport



Building Sketch

| Borrower | Lizette  Alejandro Pena | | | | |
|----------|---------|---|---|---|---|
| Property Address | A-10, 1 St, Los Lirios Dev. | | | | |
| City | Juncos | County | Juncos | State | PR | Zip Code | 00777 |
| Lender/Client | Lizette Alejandro Pena | | | | |



| Area Calculations Summary | | | |
|---|---|---|---|
| Living Area | | Calculation Details | |
| First Floor | 854.81 Sq ft | 23.25 × 34.75 | 807.94 |
| | | 3.75 × 12.5 | 46.88 |
| Total Living Area (Rounded): | **855 Sq ft** | | |
| Non-living Area | | | |
| 1 Car Attached | 210 Sq ft | 20 × 10.5 | 210 |
| Laundry | 73.5 Sq ft | 10.5 × 7 = | 73.5 |
| Porch | 56.44 Sq ft | 10.75 × 5.25 = | 56.44 |

Comparable Photo Page

| Borrower | Lizette Alejandro Pena | | | | | |
|---|---|---|---|---|---|---|
| Property Address | A-10, 1 St, Los Lirios Dev. | | | | | |
| City | Juncos | County | Juncos | State | PR | Zip Code | 00777 |
| Lender/Client | Lizette Alejandro Pena | | | | | |



### Comparable 1
O-223 San Felipe St Lirios Cala

| | |
|---|---|
| Prox. to Subject | 0.73 miles S |
| Sale Price | 87,150 |
| Gross Living Area | 926 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | N;Res; |
| View | N;Res; |
| Site | 325 sqm |
| Quality | Q4 |
| Age | 21 |

18.21537,-65.93273



### Comparable 2
J-142 San Martin St Lirios Cala

| | |
|---|---|
| Prox. to Subject | 0.63 miles SW |
| Sale Price | 80,000 |
| Gross Living Area | 908 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | N;Res; |
| View | N;Res; |
| Site | 347 sqm |
| Quality | Q4 |
| Age | 21 |

18.2171,-66.9349



### Comparable 3
D-25 3 St, Diamari

| | |
|---|---|
| Prox. to Subject | 0.13 miles NW |
| Sale Price | 95,000 |
| Gross Living Area | 828 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 338 sqm |
| Quality | Q4 |
| Age | 35 |

18.22754, -65.932206

Location Map

| Borrower | Lizette Alejandro Pena | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | A-10, 1 St, Los Lirios Dev. | | | | | | |
| City | Juncos | County | Juncos | | State | PR | Zip Code | 00777 |
| Lender/Client | Lizette Alejandro Pena | | | | | | |



Location Map

| Borrower | Lizette  Alejandro Pena | | | | | |
|---|---|---|---|---|---|---|
| Property Address | A-10, 1 St, Los Lirios Dev. | | | | | |
| City | Juncos | County | Juncos | State | PR | Zip Code | 00777 |
| Lender/Client | Lizette Alejandro Pena | | | | | |



**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **LIZETTE ALEJANDRO PENA** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number | **21-00066** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                              4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **URB LOS LIRIOS**<br>**A10 BARRIO LOS LIRIOS**<br>**Juncos PR, 00777**<br>**County : JUNCOS**<br>Line from *Schedule A/B*: **1.2** | $70,500.00 | ■ $10,439.75<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(1)** |
| **LIVING ROOM SET, DINING ROOM SET, STOVE, WASHER, DRYER, MICROWAVE, FRIDGE, KITCHEN UTENSILS,  PAND & POTS, ETC**<br>Line from *Schedule A/B*: **6.1** | $4,000.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **3 TV, SMARTPHONE, PC & PRINTER, TABLET**<br>Line from *Schedule A/B*: **7.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **CLOTHING**<br>Line from *Schedule A/B*: **11.1** | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **GOLD EARRINGS & CHAIN, WATCH, BRACELET**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(4)** |

Software Copyright (c) 2021 CINGroup - www.cincompass.com

| Debtor 1   **ALEJANDRO PENA, LIZETTE** | | Case number (if known)   **21-00066** | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **CASH ON HAND**<br>Line from Schedule A/B: **16.1** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **JOIN CHECKING ACCT #1419 BANCO ORIENTAL JOINT ACCT W/ HECTOR LOZADA**<br>Line from Schedule A/B: **17.1** | $508.00 | ■ $508.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **BANCO POPULAR PUERTO RICO CHECKING ACCT #2671 DIRECT DEPOSIT SALARY. CHECKS IN TRANSIT #128 & #129 & OTHER TRANSACTIONS IN TRANSIT AT PETITION DATE HAVE BEEN REDUCED TO REACH TRUE BALANCE AS OF PETITION DATE**<br>Line from Schedule A/B: **17.3** | $1,084.57 | ■ $1,084.57<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **SAVINGS ACCT #4953 CFSE COOP FROM SAVINGS DEBITED FROM SALARY @ $170 MONTHLY**<br>Line from Schedule A/B: **17.4** | $1,050.68 | ■ $1,050.68<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **RETIREMENT AMOUNT ACCRUED DURING 19 YEARS OF SERVICE**<br>Line from Schedule A/B: **21.1** | $29,686.00 | ■ $29,686.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(12) |
| **2020 ESTIMATED I/T REFUND IF ANY REFUND IS REC'D FOR 2020, PORTION NOT EXEMPT WILL BE TURNED OVER TO TRUSTEE UPON REQUEST**<br>Line from Schedule A/B: **28.1** | $366.00 | ■ $366.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 2021 CINGroup - www.cincompass.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **LIZETTE ALEJANDRO PENA** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (If known) | **21-00066** |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | AUXILIAR SECRETARY | |
| **Employer's name** | CORPORACION FONDO DEL SEGURO DEL ESTADO | |
| **Employer's address** | | |
| **How long employed there?** | 19 years | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 3,427.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 3,427.00 | $ N/A |

Debtor 1    **ALEJANDRO PENA, LIZETTE** _____    Case number (*if known*) __**21-00066**__

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | | 4. | $ **3,427.00** | $ **N/A** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **238.72** | $ **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **291.30** | $ **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| 5e. | **Insurance** | 5e. | $ **8.56** | $ **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ **538.58**    $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ **2,888.42**    **N/A**

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **N/A** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **N/A** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **N/A** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **N/A** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **N/A** |
| 8h. | **Other monthly income.** Specify: __Income-Ex-Civil Companion__ | 8h.+ | $ **450.00** + | $ **N/A** |
| | __TAX REFUNDS__ | | $ **25.00** | $ **N/A** |
| | __XMAS BONUS__ | | $ **50.00** | $ **N/A** |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ **525.00**    $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ **3,413.42** + $ **N/A** = $ **3,413.42**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____    11.    +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ **3,413.42**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 **LIZETTE ALEJANDRO PENA**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number **21-00066**
(If known)

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | **19** | ■ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 709.00 |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. $ | 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d.  Homeowner's association or condominium dues | 4d. $ | 50.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 240.00 |

Debtor 1  **ALEJANDRO PENA, LIZETTE**                                      Case number (if known)   **21-00066**

| | | | | |
|---|---|---|---|---:|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 200.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 110.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 57.00 |
| | 6d. | Other. Specify:  **DAUGHTER'S UNIVERSITY APT** | 6d. $ | 400.00 |
| | | **BOOK MATERIALS UNIVERSITY** | $ | 42.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 750.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 150.00 |
| 10. | **Personal care products and services** | | 10. $ | 70.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 75.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 60.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | | |
|---|---|---|---:|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 3,013.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 3,013.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 3,413.42 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 3,013.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 400.42 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.        Explain here: