## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:                                    Case No.:21-00066-ESL

**LIZETTE ALEJANDRO PENA,**                **Chapter 13**

    **Debtor.**

_____/

### NOTICE OF FILING 341 TRANSCRIPT IN COMPLIANCE WITH EVIDENTIARY
### HEARING ORDER (Dkt. No. 59)

**To the Honorable Court:**

    **COMES NOW,** NOREEN WISCOVITCH-RENTAS, CHAPTER 7 TRUSTEE, and

respectfully files the transcript of the 341 Meeting of Creditors held on Thursday, February 11,

2021 via telephone conference.   The transcript is in Spanish; however, a certified translation will

be filed after August 15, 2021.   The 341 Meeting Transcript is filed as part of the sworn testimony

to be presented at the Evidentiary Hearing set for September 1, 2021.   The undersigned Trustee

has already shared a copy of this transcript with Counsel for Attorney, Lissette A. Morales-Vidal,

Esq., Attorney Luisa S. Valle Castro on August 1, 2021 via email.

    Respectfully submitted, in San Juan, Puerto Rico, this 11th day of August, 2021.

            /s Noreen Wiscovitch-Rentas
            NOREEN WISCOVITCH RENTAS
            Chapter 7 Trustee
            PMB 136
            400 Kalaf Street
            San Juan, Puerto Rico 00918
            Tel: (787) 946-0132
            noreen@nwr-law.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**IN RE:**

LIZETTE ALEJANDRO PEÑA,

Debtor

Case No. 21-00066-ESL

Chapter 7

**TRANSCRIPT OF**
**SECTION 341(a) MEETING OF CREDITORS**

**VOLUME I**

**THURSDAY, FEBRUARY 11, 2021**

**VIA TELEPHONE CONFERENCE**

**APPEARANCES**

| | |
|---|---|
| **BANKRUPTCY TRUSTEE** | **NOREEN WISCOVITCH-RENTAS, ESQ.** |

PMB 136
400 Juan Calaf Street
San Juan, PR 00918

(e) noreen@nwr-law.com
(t) 787-946-0132

**DEBTOR**                    **LIZETTE ALEJANDRO-PEÑA**

**DEBTOR'S ATTORNEY**          **LYSSETTE A. MORALES-VIDAL, ESQ.**

Urbanización Villa Blanca
76 Aquamarina Street
Caguas, PR 00725-1908

(t) 787-258-2658

**OTHER PARTIES**              **OFFICE OF THE U.S. TRUSTEE**

Ochoa Building
500 Tanca Street, Suite 301
San Juan, PR 00901-1922

**CHRISTIAN GONZÁLEZ-DOMÍNGUEZ, ESQ.**

(t) 787-729-7444

**JAVIER CAPESTRANY, ESQ.**

(t) 787-729-7467

**TRANSCRIPTION BY:**

PABLO E. ÁLVAREZ-RODRÍGUEZ

RITA INC.

PMB 628
138 Winston Churchill Ave.
San Juan, PR 00926-6013

(e) info@ritapr.com
(t) 787-969-6676

# I N D E X

**LIZETTE ALEJANDRO-PEÑA**                                              **PAGE**

EXAMINATION BY:

Ms. Wiscovitch  ...........................  4

Mr. Capestrany  ...........................  17

RITA INC. - RED DE INTÉRPRETES, TRADUCTORES & ASOCIADOS
138 Winston Churchill - PMB 628 - San Juan, PR 00926-6013
787.969.6676 - info@ritapr.com

1          **VIA TELEPHONE CONFERENCE**

2         **THURSDAY, FEBRUARY 11, 2021**

3

4              **P R O C E E D I N G S**

5                      **---**

6         **MS. WISCOVITCH:**  *Trustee calls the*

7    *case of Lizette Alejandro Peña*, caso número

8    21-00066.  Hoy es febrero 11 del 2021, *and*

9    *I'm in track number 4.*

10        Doña Lizette Alejandro, ¿jura usted decir

11   la verdad y solamente la verdad?

12        **MS. ALEJANDRO:**  Sí.

13   **Whereupon,**

14   **------------------------------------------------**

15           **LIZETTE ALEJANDRO PEÑA,**

16   **------------------------------------------------**

17   **having been duly sworn, was examined, and**

18   **testified as follows:**

19                   **EXAMINATION**

20   **BY MS. WISCOVITCH:**

21      **Q.**  Dígame su nombre completo y su dirección

22   residencial, por favor.

23      **A.**  Lizette Alejandro Peña; urbanización

24   Paseo de la Ceiba, D3, calle Arce, Juncos.

25           **MS. WISCOVITCH:**  Licenciada, *for the*

1      *record* --  Y si me puede identificar a la

2      deudora.

3            **MS. MORALES:**  Sí.

4            A la deudora -- tenemos la licencia de

5      conducir 2027177, al frente mío, y tenemos la

6      tarjeta del Seguro Social.

7            Ambas fueron enviadas al síndico.

8            Está debidamente identificada.

9            **MS. WISCOVITCH:**  Okey.

10           Yo verifiqué el número de Seguro Social,

11     y combina con la información --

12           *Hold on*, que no lo tengo marcado aquí.

13           Deme un segundito.  Tengo que abrir el

14     documento, porque no está marcado.

15           Verifiqué el número de Seguro Social,

16     y combina con la información provista.

17     **BY MS. WISCOVITCH:**

18           **Q.**  ¿Ha habido alguna enmienda a estos

19     documentos de quiebra, señora?

20           **A.**  No.

21           **MS. WISCOVITCH:**  Aquí tengo presentes --

22     para que se identifiquen para el récord --

23     a partes interesadas de la oficina del

24     U.S. Trustee.

25           **MR. GONZÁLEZ:**  Christian González, de la

RITA INC.                                                                          7

1      oficina del U.S. Trustee.

2          **MR. CAPESTRANY:**  Javier Capestrany --

3      *Office of the United States Trustee*.

4          **MS. WISCOVITCH:**  ¿Hay algún acreedor

5      presente?

6          (INAUDIBLE RESPONSE)

7          **MS. WISCOVITCH:**  Okey.

8      **BY MS. WISCOVITCH:**

9          **Q.**  Señora, ¿usted revisó estos documentos de

10     quiebra que preparó la licenciada para usted?

11         **A.**  Sí.

12         **Q.**  ¿Están completos?

13         **A.**  Sí.

14         **Q.**  ¿Hay alguna enmienda, algún cambio que

15     tenga que hacerles a los documentos de quiebra?

16         **A.**  A mi entender no.

17         **Q.**  ¿Había radicado quiebra en alguna ocasión

18     anterior a esta?

19         **A.**  No.

20         **Q.**  Veo aquí que la propiedad que usted me

21     dice que vive -- Paseo la Ceiba -- es suya; ¿es

22     correcto?

23         **A.**  Correcto.

24         **MS. WISCOVITCH:**  Le escribí al licenciado

25     ayer, porque necesitaba el balance de

RITA INC.                                                                    8

1    cancelación de la hipoteca; el documento que

2    me proveyó no es el documento correcto.

3          Aquí en Puerto Rico, por alguna razón,

4    cuando envían esos documentos los bancos de

5    las hipotecas, simplemente no hacen un *update*

6    del balance que se debe y lo que ponen es la

7    cantidad original del préstamo.

8          No lo he recibido --

9          **MS. MORALES:**  Sí.

10         Le escribimos en cuanto a eso.

11         Se lo proveemos.  Aunque, la cantidad que

12   está en la quiebra es el balance según los

13   informes de crédito; pero nosotros le

14   gestionamos eso, cómo no.

15         **MS. WISCOVITCH:**  ¿Usted me envió los

16   reportes de crédito?

17         **MS. MORALES:**  No.

18         **MS. WISCOVITCH:**  ¿Por qué no?

19         **MS. MORALES:**  Porque nunca los envió --

20         Yo entiendo que todo está bajo partiendo

21   (*SIC*) de perjurio, que es lo único que está

22   en el informe de crédito -- aparte de que no

23   se me pidió para este caso.

24         **MS. WISCOVITCH:**  Se piden en todos los

25   casos; son parte de los documentos.

1          (PERSISTENT COMPUTER CHIME SOUND)

2          **MS. WISCOVITCH:**  Okey.  *Mortgage payments*

3     -- (CHIME SOUND) -- de Paseo.

4     **BY MS. WISCOVITCH:**

5          **Q.**  Señora, ¿usted está al día con la

6     hipoteca en ese caso -- (CHIME SOUND) -- en esta

7     propiedad?

8          **MS. MORALES:**  No se le entiende,

9     licenciada.  Vuelva.

10         **MS. WISCOVITCH:**  Hay algo -- parece que

11    está sonando como un *ring* de algo, pero no sé

12    quién es; pongan sus teléfonos en *mute* si no

13    están hablando --

14         **MS. MORALES:**  Sí --  No pero se le está

15    entrecortando.  Hay un *upload* de un -- de un

16    caso -- (CHIME SOUND) -- una computadora --

17         **MS. WISCOVITCH:**  Sí.

18         **MS. MORALES:**  Pero se está entrecortando

19    lo suyo.

20         Dígame.  No la entendimos.

21         **MS. WISCOVITCH:**  Necesito que el que

22    tenga ese problema de la computadora, que por

23    favor, la ponga en *silent*.

24         **MS. MORALES:**  Okey.

25         **MS. WISCOVITCH:**  Gracias.

RITA INC.                                                                                  10

1      **BY MS. WISCOVITCH:**

2          **Q.**  Paseo la Ceiba -- señora, ¿usted está al

3      día con el pago de esa hipoteca?

4          **A.**  ¿Podría repetir?  Es que se escucha muy

5      bajito.

6          **Q.**  Yo la escucho bien (UNINTELLIGIBLE) --

7              **MS. MORALES:**  Que si está al día con los

8      pagos de esa hipoteca.

9              **MS. ALEJANDRO:**  Sí.

10             **MS. WISCOVITCH:**  Okey.

11     **BY MS. WISCOVITCH:**

12         **Q.**  ¿Y es su intención quedarse con ella?

13             **MS. MORALES:**  -- La moratoria.

14             **MS. ALEJANDRO:**  Ah.

15             Ella está en moratoria.

16             **MS. WISCOVITCH:**  Señora, ¿es su intención

17     quedarse con ella?

18             -- Y licenciada, por favor, no conteste

19     por ella.

20             **MS. ALEJANDRO:**  -- Correcto, sí.

21             **MS. WISCOVITCH:**  Okey.  Gracias.

22             **MS. MORALES:**  Disculpe.

23     **BY MS. WISCOVITCH:**

24         **Q.**  Urbanización Los Lirios, A10, barrio Los

25     Lirios en Juncos -- ¿quién ocupa esa propiedad?

1         **A.**  Esa propiedad no está habitada en el

2    momento.

3         **Q.**  ¿Usted tiene la llave?

4         **A.**  Correcto.

5         **Q.**  Y tiene una hipoteca, ¿correcto?

6         **A.**  No.

7         **Q.**  ¿Usted es la única dueña?

8         **A.**  Sí.

9         **MS. WISCOVITCH:**  Deme un segundo, por

10   favor.

11         -- Okey.

12   **BY MS. WISCOVITCH:**

13         **Q.**  En el estudio de título que subieron, que

14   tiene fecha de 15 de enero del 2021, aparece una

15   hipoteca a favor de Estados Unidos de América --

16   por conducto de Administración De Hogares De

17   Agricultores -- por la suma de $50,910.

18         ¿Usted pagó eso, señora?

19         **A.**  No puedo precisar la cantidad -- pero sí,

20   la descripción del lugar donde estaba la hipoteca

21   es correcta.

22         **MS. MORALES:**  Aparentemente no se ha

23   cancelado, pero no estamos seguros si no es

24   uno de esos incentivos que ellos dan para

25   comprar.

RITA INC.                                                                        12

1          Pero ella entiende que está --

2          Está paga, ¿verdad, señora?

3     **MS. ALEJANDRO:**  Correcto.

4     **MS. WISCOVITCH:**  Okey.

5          Necesito, licenciada, que usted haga

6     las gestiones con Administración de Hogares,

7     a ver si eso tiene algún tipo de balance -- y

8     si no, la carta de cancelación, para que se

9     cancele el gravamen en el Registro de la

10    Propiedad.

11    **MS. MORALES:**  Ella no tiene fondos para

12    cancelar nada en el Registro.  Se hará cuando

13    se venda.

14    **MS. WISCOVITCH:**  Sí, pero ella le tiene

15    que hacer la gestión, para yo confirmar que:

16    o le entreguen el pagaré, o que le den una

17    carta de que eso se canceló.

18    **MS. MORALES:**  Sí.

19    **MS. WISCOVITCH:**  También le pedí las

20    llaves, para que las entregue.  Me las puede

21    enviar por correo lo antes posible, para yo

22    enviar al *realtor*.

23         Si necesitase que alguien le ayude con

24    direcciones de cómo llegar a la propiedad,

25    ¿a quién llamo, licenciada?  ¿Usted la ha

1           visto? -- ¿usted sabe cómo llegar?

2               **MS. MORALES:**  Me puede -- ella me mandará

3           un *pin*; y yo la tendré aquí también.  Yo he

4           visto retratos.

5               **MS. WISCOVITCH:**  Okey.

6       **BY MS. WISCOVITCH:**

7           **Q.**  El Dodge Durango, señora -- ¿es el único

8       vehículo de motor que usted tiene, y es el que

9       utiliza para transportarse?

10          **A.**  Correcto.

11          **Q.**  ¿No tiene ningún otro vehículo de motor

12      que, aunque usted no lo esté guiando, esté a

13      nombre suyo?

14          **A.**  No.

15          **Q.**  Veo aquí que tiene cuenta con -- Oriental

16      Bank; Cooperativa de Ahorro y Crédito de Las

17      Piedras; Banco Popular; Corporación del Fondo

18      del Seguro, Coop.

19          ¿Por qué tiene tantas cuentas de banco?

20          **A.**  De mi trabajo está la de la cooperativa

21      del Fondo del Seguro del Estado; en Banco Popular

22      era mi cuenta primaria; y la de la Cooperativa,

23      la abrí para cuando mi nena estaba tomando el

24      seguro social.

25          **Q.**  ¿Ya no recibe seguro social su hija?

RITA INC.                                                                                    14

1      **A.**  No.

2      **Q.**  ¿Qué ingresos tiene usted?, ¿de qué usted

3  vive, señora?

4      **A.**  Soy funcionaria público de la Corporación

5  del Fondo del Seguro del Estado.

6      **Q.**  ¿Qué hace allí?

7      **A.**  Trabajo en el área de secretaría auxiliar

8  como secretaria oficinista.

9      **MS. WISCOVITCH:**  Licenciada,

10  aparentemente usted quiso reclamar algo de

11  exención sobre el Dodge Durango del 2011,

12  y lo puso en cero.

13      **MS. MORALES:**  Sí.

14      **MS. WISCOVITCH:**  Tiene que enmendarlo

15  para poner los $249 que se le quedaron

16  afuera.

17      **MS. MORALES:**  ¿$249?

18      **MS. WISCOVITCH:**  Sí.

19      **MS. MORALES:**  (LAUGHS)  Está bien.

20      **MS. WISCOVITCH:**  ¿Usted se ríe?  A mí me

21  auditan --

22      **MS. MORALES:**  (UNINTELLIGIBLE) --

23      **MS. WISCOVITCH:**  -- Y si queda algo así,

24  un balance de esa manera, me preguntan que

25  por qué no lo administré.

RITA INC.                                                                      15

1          **MS. MORALES:**  Creo que se gasta más en la

2       comisión -- pero está bien, lo enmendamos.

3    **BY MS. WISCOVITCH:**

4       **Q.**  ¿Y la herencia, señora?  Hábleme un

5    poquito de su herencia.

6       **A.**  Yo tengo tres hermanos adicionales; mi

7    mamá falleció; no soy única de ese beneficio --

8       **Q.**  Okey -- no, vamos --

9       **A.**  (UNINTELLIGIBLE)

10      **Q.**  Déjeme hacerle la pregunta, porque no me

11   está contestando.

12      Me dice que su mamá falleció.  Su papá vive,

13   ¿correcto?

14      **A.**  Correcto.

15      **Q.**  ¿Su mamá y su papá tenían una propiedad?,

16   ¿una casa?

17      **A.**  Correcto.

18      **Q.**  ¿Dónde es la casa?

19      **A.**  En el pueblo de Juncos.

20      **Q.**  ¿Cuánto vale esa casa?

21      **A.**  $130 mil, aproximadamente.

22      **Q.**  ¿Tiene hipoteca?

23      **A.**  Sí, tiene hipoteca.

24      **Q.**  ¿Quién la paga la hipoteca?

25      **A.**  Mi papá.

RITA INC.                                                                                    16

1           **Q.**   ¿Su papá vive solo en la casa?

2           **A.**   Correcto.

3           **Q.**   ¿Ha habido declaratoria de herederos?

4           **A.**   No.

5           **Q.**   ¿Y qué pasó, que usted decidió radicar

6      quiebra, además de que no podía pagar?

7           **A.**   Luego de una ruptura, ya solo contaba

8      con un salario; y traté de mantener el método de

9      pago, pero no fue posible.

10          Y ahí, tú sabes -- un incumplimiento sin

11     conocimiento y, pues, entonces ahí se atrasó

12     todo.

13          **Q.**   ¿Luego de una ruptura?

14          No entendí lo que me quiso decir, señora.

15          **A.**   Luego de haber una ruptura --

16          **Q.**   ¿Qué ruptura?

17          **A.**   De mi pareja.

18          **Q.**   ¿Usted se divorció?

19          **A.**   Habían dos sueldos y -- solamente quedaba

20     mi sueldo.

21          **Q.**   ¿Cuándo usted se divorció?

22          **A.**   No -- no era una relación matrimonial.

23          **Q.**   Okey.

24          ¿Alguien le ayuda actualmente con sus gastos

25     -- le da dinero?

RITA INC.                                                                    17

```
 1          A.  Al momento no.

 2          Q.  ¿Tiene niños menores de edad?

 3          A.  No.

 4          Q.  El dinero que tomó prestado de las

 5     cooperativas, de las tarjetas -- ¿para qué lo

 6     utilizó?

 7          A.  En ese momento trataba de consolidar

 8     deudas existentes.

 9          Q.  Tiene muchas tarjetas de crédito.

10     ¿Usted fue la que utilizó las tarjetas?

11          A.  Sí.  Era para -- en cónyuge.

12          Q.  ¿Qué?

13          A.  En mi expareja, igual (UNINTELLIGIBLE) --

14          Q.  No la entiendo, señora.

15     Su expareja ¿qué?

16          A.  Era entre ambos.

17          MS. MORALES:  ¿Se acogieron a nombre

18     suyo?

19          MS. ALEJANDRO:  Sí -- a nombre mío, ya

20     que no tenía la capacidad de crédito.

21     BY MS. WISCOVITCH:

22          Q.  ¿Tiene algún caso pendiente en el

23     tribunal?

24          A.  No.

25          Q.  ¿Algún reclamo contra alguna persona, por
```

RITA INC.                                                                   18

1    alguna caída, algún producto defectuoso?

2         **A.**   No.

3         **Q.**   ¿Cómo le pagó los honorarios a la

4    licenciada?

5         **A.**   A plazos.

6         **Q.**   ¿Desde cuándo le está pagando?

7         **A.**   No puedo precisarle, pero -- dos meses,

8    algo así.

9         **MS. WISCOVITCH:**   ¿La oficina del U.S.

10   Trustee tiene alguna pregunta?

11        **MR. CAPESTRANY:**   Sí, tenemos varias

12   preguntas.  Sabemos que son las 10:00 de la

13   mañana -- y me imagino que tiene otra vista

14   posteriormente --

15        Vamos a pedir continuación, y a la misma

16   vez, le vamos a pedir a la compañera abogada

17   que si nos puede suministrar copia de los

18   *bank statements* de los últimos seis meses,

19   de todas las cuentas bancarias.

20                          **EXAMINATION**

21   BY MR. CAPESTRANY:

22        **Q.**   Quisiéramos saber quién es Héctor Lozada

23   -- que aquí hay una cuenta con un tal Héctor

24   Lozada.

25        **MS. MORALES:**   Ese es el exparejo de --

RITA INC.                                                                    19

1          18 años estuvieron juntos.

2              **MR. CAPESTRANY:**  Okey.  Pues vamos

3          a necesitar las --

4              **MS. WISCOVITCH:**  ¿Y por qué ella no

5          contesta, licenciada?

6              **MR. CAPESTRANY:**  -- Vamos a necesitar

7          las planillas de los últimos dos años, y los

8          talonarios de ingresos también, de los

9          últimos seis meses.

10             **MS. MORALES:**  Está bien.

11             **MR. CAPESTRANY:**  Y tenemos varias

12         preguntas, pero pedimos continuación de la

13         vista, Honorable.

14             **MS. WISCOVITCH:**  Okey.

15             Déjeme buscar una fecha por aquí -- para

16         darle por lo menos media hora.  Yo creo que

17         tengo un caso que se convirtió hace poco, que

18         me dejó un espacio abierto.  Le digo ahora.

19             Sí.

20             Puede ser el día 3 de marzo, a las 9:00

21         de la mañana.

22             **MR. CAPESTRANY:**  Okey.

23             **MS. MORALES:**  ¿3 de marzo es miércoles?

24             **MS. WISCOVITCH:**  Sí, es un miércoles.

25             **MS. MORALES:**  Miércoles.

RITA INC.                                                                        20

1        **MS. WISCOVITCH:**  Sí.

2        Para darle tiempo.

3        **MS. MORALES:**  Okey.

4        ¿A qué hora dijo?

5        **MS. WISCOVITCH:**  A las 9:00 de la mañana.

6        **MS. MORALES:**  ¿Puede ser más tarde en la

7        mañana? --

8        **MS. WISCOVITCH:**  No --

9        **MS. MORALES:**  ¿O por la tarde, si puede?

10       **MS. WISCOVITCH:**  No.  Es un día especial,

11       y ya tengo --

12       Por eso le digo que encontré ese espacio,

13       porque ese caso se convirtió ya a Capítulo 13

14       -- *so*, le estoy dando un espacio de otra

15       persona, de otro caso que ya lo tenía.

16       **MS. MORALES:**  Es que ella trabaja y viene

17       desde Juncos.

18       **MS. WISCOVITCH:**  Ella puede llamar por

19       teléfono, licenciada.

20       Yo no entiendo por qué usted la tiene que

21       tener de frente.

22       **MS. MORALES:**  Casi todo el mundo,

23       incluyendo algunos síndicos, tenemos clientes

24       al frente.

25       Pero -- nada.

RITA INC.                                                                                    21

1          Creo que tengo un conflicto, y voy

2     a tratar de cambiarlo; pero, si no se puede,

3     trataré a las 9:00.  Si no, le avisamos que

4     no podemos ese día.

5          **MS. WISCOVITCH:**  Okey.

6          *This meeting is continued*.

7          **MS. MORALES:**  Gracias.  Buen día a todos.

8          **MR. CAPESTRANY:**  Gracias.  Buen día.

9                    **END OF PROCEEDINGS**

**RITA INC. - RED DE INTÉRPRETES, TRADUCTORES & ASOCIADOS**
138 Winston Churchill - PMB 628 - San Juan, PR 00926-6013
787.969.6676 - info@ritapr.com

RITA INC.                                                                                    22

## CERTIFICATE OF TRANSCRIBER


I, PABLO E. ÁLVAREZ RODRÍGUEZ, Electronic Reporter and Transcriber, member of RITA Inc.,

DO HEREBY CERTIFY that the above and foregoing is a complete, true, and correct transcription of the electronic sound recording of the proceedings in the above-entitled matter that was provided to me.

I DO FURTHER CERTIFY that I am not interested in the outcome of the above-entitled matter.


_____

PABLO E. ÁLVAREZ RODRÍGUEZ