## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**IN RE:**                                             **Case No.:21-00066-ESL**

**LIZETTE ALEJANDRO PENA,**            **Chapter 13**

**Debtor.**

_____/

### MOTION FOR LEAVE TO FILED DOCUMENTS IN SPANISH LANGUAGE

TO THE HONORABLE COURT:

COMES NOW, Noreen Wiscovitch-Rentas, Chapter 7 Trustee, and respectfully states and prays as follows:

1. On even date, the undersigned filed a "NOTICE OF FILING 341 TRANSCRIPT IN COMPLIANCE WITH EVIDENTIARY HEARING ORDER (Dkt. No. 59)", which included the transcript of a 341 Meeting of Creditors in the original Spanish language. (Dkt. No. 87).

2. Local Rule of Civil Procedure 5(g) provides for translation of filed documents stating that:

   "All documents not in the English language which are presented or filed, whether as evidence or otherwise, must be accompanied by a certified translation into English prepared by: (1) Interpreter certified by the Administrative Office of the U.S. Courts, or (2) a translator who has approved Phase I (written legal translation) of the Federal Court Interpreters Certification Examination, or (3) a translator, certified by the American Translator Association, or who has a post-graduate degree from an accredited post-graduate education translation program. In lieu of the above, by stipulation of the parties." *See* L.Cv. R. 5(g)

3. Therefore, the undersigned respectfully requests for the Court to take notice of the above and grant leave to file the transcript in the Spanish language and to enter an order granting

1

a period of 15 days to provide the Court with a Certified translation into the English Language.

**WHEREFORE**, the undersigned respectfully requests from this Court to take notice of the above to grant leave to file documents in the Spanish language and to enter an order granting the period of Fifteen (15) days to provided the Court with a Certified translation into the English language of the 341 Meeting of Creditors, held on February 11, 2021.

Respectfully submitted,
In San Juan, Puerto Rico, this 11th day of August, 2021.

### NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Federal Rule of Bankruptcy Procedure 9006(f) if you were served by mail, any interested party whom against this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by Law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS SAME DATE, I ELECTRONICALLY FILED THE FOREGOING WITH THE CLERK OF THE COURT USING THE CM/ECF

SYSTEM WHICH WILL SEND NOTIFICATION OF SUCH FILING TO ALL REGISTERED CM/ECF PARTICIPANTS.

/s Noreen Wiscovitch-Rentas
NOREEN WISCOVITCH RENTAS
Chapter 7 Trustee
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel: (787) 946-0132
noreen@nwr-law.com